# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| ULYSSES HOFFMAN, | : | |
| --- | --- | --- |
| Plaintiff, | : | |
| v. | : | No. 4:18-CV-1623 |
| SCI-WAYMART, *ET AL.*, | : | (Judge Brann) |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of September 2018, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to withdraw the complaint is construed as a request for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(2).

2. Plaintiff's request for voluntary dismissal is **GRANTED** and his pending action is **DISMISSED WITHOUT PREJUDICE**.

3. The Defendants' respective motions to dismiss (Doc. 8) and for summary judgment (Doc. 10) are **DISMISSED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge